UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISTY HAYES,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | NO:  13-CV-0358-TOR<br><br>ORDER REMANDING CASE |

BEFORE THE COURT is the parties' Stipulated Motion to Remand (ECF No. 18).  Based on the parties' stipulation, this case is remanded to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Remand (ECF No. 18) is **GRANTED**. The Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is **REVERSED**

ORDER GRANTING MOTION TO REMAND ~ 1

1 | and **REMANDED** to the Commissioner of Social Security for a de novo

2 | hearing pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the

3 | ALJ shall update the record, hold a *de novo* hearing, and issue a new

4 | decision.

5 | 2. The Appeals Council will instruct the ALJ to reevaluate the opinion of

6 | Sylvia Rojas, M.D., and in doing so, consider the new evidence submitted to

7 | the Appeals Council. The Appeals Council will also instruct the ALJ to

8 | evaluate the medical opinion evidence; reassess Plaintiff's residual

9 | functional capacity; further evaluate whether Plaintiff could perform the

10 | physical and mental demands of her past relevant work; and, if necessary,

11 | obtain supplemental evidence from a vocational expert.

12 | 3. Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to

13 | 28 U.S.C. § 2412(d), upon proper request to this Court.

14 | 4. All pending motions are **DENIED** as moot.

15 | The District Court Executive is hereby directed to enter this Order, provide

16 | copies to counsel, enter judgment for Plaintiff, and **CLOSE** the file.

17 | **DATED** May 28, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO REMAND ~ 2